# Court of Appeals
# of the State of Georgia

ATLANTA, February 14, 2025

*The Court of Appeals hereby passes the following order:*

## A25D0221. L. RIVER JAMES v. DEVELOPERS-INVESTORS, INC.

The Municipal Court of Columbus entered a judgment of $15,000 against L. River James and in favor of Developers-Investors, Inc. James then filed a discretionary application on January 17, 2025 in this Court.

Generally, a final order from the Municipal Court of Columbus is subject to direct appeal. See OCGA § 5-3-4 (b) (2); see, e.g., *Nelson v. Powell*, 293 Ga. App. 227, 227 (666 SE2d 598) (2008). We will ordinarily grant a timely discretionary application if the lower court's ruling is subject to direct appeal. See OCGA § 5-6-35 (j). However, James failed to include a stamped "filed" copy of the court's final order. See Court of Appeals Rule 31 (c) ("Discretionary applications must contain a stamped 'filed' copy of the trial court's order or judgment from which the appeal is sought."). Although on January 17, 2025, this Court ordered James to file the stamped "filed" within 10 days, we have not received a response.

Moreover, according to James's application, the order was stamped "filed" by the lower court on December 17, 2024. An application for discretionary review must be filed within 30 days of entry of the order or judgment sought to be appealed. OCGA § 5-6- 35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989). Thus, based on the application materials before us, it appears that James's application is untimely, as he filed it 31 days after entry of the order he seeks to appeal.

For these reasons, this application is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,___02/14/2025_____*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*